# MEMO ENDORSED

## ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE

NEW YORK, NEW YORK 10017

(212) 684-8400

filed under seal

ELLEN B. RESNICK
STEPHANIE GUABA

asfuterfas@futerfaslaw.com

BETTINA SCHEIN
OF COUNSEL

May 19, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 06/11/2026

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: _A.M. v. New York City Department of Education, et al._, 25 Civ. 8579 (LAK)

Dear Judge Kaplan:

This letter respectfully requests an order compelling the New York Law Department (the "City"), the New York City Department of Education (DOE), and individual defendants Benjamin Basile (Basile) and Johanny Lopez Lawson (Lawson) (collectively "respondents") to produce documents that remain outstanding more than three months after Plaintiffs' first and only discovery request was served on February 4, 2026. This is the first discovery dispute to come before this Court. As indicated below, despite meetings by phone and numerous email communications, the parties appear at an impasse over timely and complete production. Counsel respectfully submits this letter motion for an order to ensure prompt and complete discovery. Specifically, we request an order compelling the respondents to:

i.      Re-produce all documents produced to date in completely unredacted form, except for the standard redactions: personal identification information (addresses, emails, phone numbers, social security numbers); minors' names; medical information; and claimed attorney-client privilege communications; and

ii.     Produce documents from Defendants Basile and Lawson's cellphones responsive to discovery requests 7, 8, 9, 11, and 12, which seek specific categories of communications and documents at issue in this case.

On October 17, 2025, Plaintiffs A.M. - then an 11-year-old minor - and his mother, Darlene Martinez, filed a complaint in this matter against Defendants DOE, Basile and Lawson. (Complaint)(ECF 6) As stated more fully in the Complaint, Plaintiffs allege that Basile and Lawson, middle school principal and assistant principal, respectively, committed acts of deliberate and cruel harassment and retribution. Specifically, on October 17, 2025, A.M.'s mother submitted a written statement seeking to transfer A.M. from the school due to relentless

Memorandum Endorsement                    A.M. NYC Dept. of Education, 25-cv-8579 (LAK)

        Plaintiff's motion (Dkt 29) is granted save that the portion that seeks undredacted copies of Bates nos. 495-497 is denied.  Defendants shall make the necessary production no later than ten days from today.

        SO ORDERED.

Dated:        June 11, 2026

                                               Lewis A. Kaplan
                                      United States District Judge