ALAN S. FUTERFAS
ATTORNEY AT LAW
565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 684-8400

ELLEN B. RESNICK
STEPHANIE GUABA

BETTINA SCHEIN
OF COUNSEL

asfuterfas@futerfaslaw.com

July 22, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 07/23/2026

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *A.M v. New York City Department of Education. et al.*, 25 Civ. 8579 (LAK)

Dear Judge Kaplan:

This letter respectfully requests the sealing of the attached unredacted documents related to the filing of a motion today (ECF No. 50), seeking to compel ACS and OCFS to produce documents pursuant to subpoenas that were served on them. The accompanying submissions make reference to minors' names and information that are subject to the Protective Order in this case. (ECF No. 28) The highlighted text reflects the redactions on the corresponding Pacer filings. Pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), we respectfully submit that a delay in public access to the unredacted information is warranted until the conclusion of this case to protect the privacy of innocent third parties and the confidentiality of sensitive information.

Thank you for your consideration in this matter.

**Granted.**

____________________
**Hon. Lewis A. Kaplan, USDJ**
**Dated: July 23, 2026**

Respectfully yours,

/s/
Ellen Resnick

cc: Asst. Corp. Counsel Kimberly Roe via email
(w/ Enc.)