USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.M., ET AL,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL,

Defendants.

**ORDER**

25-CV-8579 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on August 14, 2026 to address Plaintiffs' motion to compel subpoena responses, ECF Nos. 50 and 52 (the "Motion to Compel Subpoena Responses"), Plaintiffs' motion to compel depositions, ECF No. 60 (the "Motion to Compel Depositions"), Defendants' motion to quash subpoenas, ECF No. 61 (the "Motion to Quash"), Defendants' motion for a protective order, ECF No. 68 (the "Protective Order Motion"), and Plaintiffs' motion to seal, ECF No. 70 (the "Motion to Seal"). For the reasons articulated in the conference transcript, the Motion to Compel Subpoena Responses is **GRANTED IN PART AND DENIED IN PART**, the Motion to Compel Depositions is **DENIED**, the Motion to Quash is **GRANTED**, the Motion for a Protective Order is **DENIED**, and the Motion to Seal is **DENIED AS MOOT**.

## I. MOTION TO COMPEL SUBPOENA RESPONSES

The Motion to Compel Subpoena Responses is **GRANTED** as it relates to the April 27, 2026 subpoena. The production shall be limited to the incident involving

A.M. Documents shall be produced for attorneys' eyes only. Personally identifiable information, specifically social security numbers, phone numbers, medical information, and financial information, may be redacted. Documents responsive to this subpoena are due by **August 28, 2026**. The Motion to Compel Subpoena Responses is **DENIED** as it relates to the May 13, 2026 and June 23, 2026 subpoenas.

## II. MOTION TO COMPEL DEPOSITIONS AND PROTECTIVE ORDER MOTION

The Motion to Compel Depositions is **DENIED** without prejudice to renewal. The Protective Order Motion, which requests to specifically hold depositions on the dates that Defendants proposed, is also **DENIED**. The parties are directed to confer to reach mutually agreed upon dates for depositions.

## III. MOTION TO QUASH

The Motion to Quash is **GRANTED**, without prejudice to Plaintiffs properly serving future subpoenas. Plaintiffs are advised to strictly comply with Fed. R. Civ. P. 45 requirements regarding prior notice, and must promptly share documents produced with counsel for Defendants.

## IV. MOTION TO SEAL

In light of Plaintiffs' representation that Judge Kaplan previously approved sealing of this document, the Motion to Seal is **DENIED AS MOOT**.

## V. CONCLUSION

The Clerk of Court is respectfully directed to terminate the Motion to Compel Subpoena Responses at ECF Nos. 50 and 52 as **GRANTED IN PART AND**

**DENIED IN PART**, the Motion to Compel Depositions at ECF No. 60 as **DENIED**, the Motion to Quash at ECF No. 61 as **GRANTED**, the Protective Order Motion at ECF No. 68 as **DENIED**, and the Motion to Seal at ECF No. 70 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: August 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge