USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.M., ET AL.,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL.,

Defendants.

**ORDER**

25-CV-8579 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 14, 2026, Plaintiff filed a letter motion to compel, ECF No. 74 (the "Motion"), which appears on the docket as a new, unresolved motion. In fact, the Motion is the refiling of a redacted version of ECF No. 29-1, which was part of a sealed letter motion to compel and motion to seal filed on May 19, 2026. Those motions were already decided at ECF No. 41. Thus, the Clerk of Court is respectfully directed to close the Motion at ECF No. 74 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: August 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge