ALAN S. FUTERFAS
ATTORNEY AT LAW
565 FIFTH AVENUE, 7TH FLOOR
NEW YORK, NEW YORK 10017
(212) 684-8400

ELLEN B. RESNICK
STEPHANIE GUABA

BETTINA SCHEIN
OF COUNSEL

asfuterfas@futerfaslaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 08/24/2026

August 21, 2026

**MEMO ENDORSED**

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *A.M. v. New York City Department of Education. et al.*, 25 Civ. 8579 (LAK)

Dear Judge Kaplan:

This letter respectfully requests the sealing of the attached unredacted documents related to the filing today (ECF 78), requesting that the Court compel production of (i) eight pages of heavily redacted cellphone records produced on June 29, 2026 (Exhibit A) and (ii) all responsive documents to Plaintiffs' Second Document Request for: (a) the circumstances of Lawson's 2022 transfer and the transfer documents (Request 1); and (b) the investigation records and disciplinary hearing transcript of A.B. regarding the 2022 "snowball incident" (Request 2).

Exhibit A and Exhibit D to the motion are documents produced by Defendants that are subject to the Protective Order in this Case (ECF 28). Pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), we respectfully submit that a delay in public access to the unredacted information is warranted until the conclusion of this case to protect the privacy of innocent third parties and the confidentiality of sensitive information.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/

Ellen B. Resnick

Asst. Corp. Counsel Kimberly Roc via email
(w/ Enc.)

**Memorandum Endorsement**

**Granted.**

**/s/ Lewis A. Kaplan**
**Lewis A. Kaplan , USDJ**
**Dated: August 24, 2026**