USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.M., *et al.*,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

**ORDER**

25-CV-8579 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on September 9, 2026 to address Plaintiffs' letter motion at ECF No. 78 (the "Letter Motion"), seeking to compel production of certain documents. The Letter Motion is **GRANTED**. Defendants shall produce an unredacted version of the cellphone records initially produced on June 29, 2026. Additionally, Defendants shall produce documents related to the circumstances of Lawson's 2022 transfer and records concerning A.B. and the 2022 "snowball incident."

The Court also addressed at the conference Plaintiffs' letter motion at ECF No. 80, which appears to be duplicative of the letter motion at ECF No. 79. Judge Kaplan already granted ECF No. 79 in his August 24, 2026 order at ECF No. 81. Therefore, the motion at ECF No. 80 is **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 78 as **GRANTED** and the motion at ECF No. 80 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: September 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge