USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.M., *et al.*,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

**ORDER**

25-CV-8579 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on September 14, 2026 to address Plaintiffs' letter motion, ECF No. 86 ("Plaintiffs' Motion"), and Defendants' response to Plaintiffs' Motion, ECF No. 99.

For the reasons stated on the record, Plaintiffs' Motion seeking to compel production of certain documents is **GRANTED IN PART and DENIED IN PART**. Plaintiffs' Motion is **GRANTED** to the extent that Defendants must clarify to Plaintiffs by **September 25, 2026** whether a cloud backup was searched for Defendant Lawson's text messages and must produce any relevant text messages. Plaintiffs' Motion is otherwise **DENIED**.

Additionally, Defendants' cross-motion seeking to quash subpoenas or prohibit the use of records obtained from subpoenas is **DENIED**.

The Clerk of Court is respectfully directed to terminate Plaintiffs' Motion at ECF No. 86 as **GRANTED IN PART and DENIED IN PART**.

**SO ORDERED.**

Dated: September 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge