USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.M., *et al.*,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

**ORDER**

25-CV-8579 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter motion, ECF No. 95 (the "Letter Motion"), seeking to file a document with redactions. A party seeking to file documents under seal must demonstrate that the request is sufficiently tailored and otherwise consistent with the presumption in favor of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124–27 (2d Cir. 2006) (outlining the standard for overcoming the presumption in favor of public access). The proposed redactions to ECF No. 96-1 are approved. Therefore, the Letter Motion is **GRANTED**. Plaintiff is directed to file a public version of the documents at ECF Nos. 96 and 96-1 with the approved redactions.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 95 as **GRANTED**.

**SO ORDERED.**

Dated: September 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge