USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 10/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

A.M., *et ano.*,

Plaintiffs,

-against-

25-cv-8579 (LAK-HJR)

NEW YORK CITY DEPARTMENT OF EDUCATION., *et al.*,

Defendants.

------------------------------------------x

**AMENDED ORDER**

LEWIS A. KAPLAN, *District Judge*.

Defendants object to Magistrate Judge Ricardo's September 9, 2026 order (Dkt 98) to the extent that the order requires the production of an unredacted version of cellphone records originally produced on June 29, 2026 (Dkt 80-1).

Defendants' objections are sustained to the extent that defendants may redact (1) the names of minor students other than Plaintiff A.M, (2) the phone numbers of non-parties, and (3) an individual text message if the message itself is not responsive to any of plaintiff's requests. Defendants' objections otherwise are overruled.

Docket 110 is granted in part and denied in part.

SO ORDERED.

Dated: September 29, 2026
Corrected: October 5, 2026

Lewis A. Kaplan
United States District Judge