ALAN S. FUTERFAS
ATTORNEY AT LAW
565 FIFTH AVENUE, 7TH FLOOR
NEW YORK, NEW YORK 10017
(212) 684-8400

asfuterfas@futerfaslaw.com

ELLEN B. RESNICK
STEPHANIE GUABA
BETTINA SCHEIN
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-13-26

October 9, 2026

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *A.M. v. New York City Dep't of Education. et al.*, 25 Civ. 8579 (LAK)(HJR)

Dear Judge Kaplan:

This letter respectfully seeks two forms of relief. First, undersigned counsel seeks leave to file ECF 121, a memorandum of law of approximately 9,400 words, beyond the limit of 8750 set by local rule 7.1. The brief seeks sanctions against the City. It is intentionally very detailed to provide all of the pertinent history while avoiding any need for the parties or the Court to refer back to documents filed in this case. The brief quotes extensively from the record. In addition, there are a number of discovery rules under which we move for relief, all of which must be developed, and a separate point seeking production of a cellphone.

Secondly, we respectfully request sealing of the attached unredacted document Exhibit H related to the accompanying filing. Both are subject to the Protective Order in this Case (ECF 28). Pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), we respectfully submit that a delay in public access to the unredacted information is warranted until the conclusion of this case to protect the privacy of innocent third parties and the confidentiality of sensitive information.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/

Ellen B. Resnick

Asst. Corp. Counsel Kimberly Roc via email
(w/ Enc.)

SO ORDERED
Granted
LEWIS A. KAPLAN, USDJ
10/13/26