Case 1:25-cv-08579-LAK-HJR Document 136-2 Filed 10/26/26 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
A.M. et ano,

Plaintiffs,

-v-

The New York City Department of Education, et al.,

Defendants.
------------------------------------------------------------x

Case No. 25 cv 8579(LAK)(HJR)

PROPOSED ORDER

WHEREAS, on October 5, 2026, the Court authorized counsel to employ alternate service to serve Sage Calfe with a subpoena *ad testificandum* and *duces tecum*, dated September 9, 2026, for a deposition at counsels' offices, 565 Fifth Avenue, 9th floor, New York, New York (Order, ECF 120, endorsing ECF 118);

WHEREAS a subpoena, returnable October 26, 2026, at 10:00 a.m., was promptly served on Sage Calfe by Federal Express, certified mail and email;

WHEREAS there was no answer at the known cellphone number for Sage Calfe;

WHEREAS counsel for Plaintiffs and Defendants, and a court reporter, were present and ready at counsel's office to conduct the deposition on October 26, 2026, at 10:00 a.m.;

WHEREAS Sage Calfe did not appear;

WHEREAS counsel again attempted unsuccessfully to reach Sage Calfe on her known cellphone number;

WHEREAS Sage Calfe called counsel back from the known cellphone number and stated that she would not agree to come immediately and be deposed;

WHEREAS Sage Calfe also stated that she would not allow counsel's e-discovery expert to extract text messages from her cellphone for October 2024 because she would not release her password to enable the extraction of data;

WHEREAS Sage Calfe stated that she believes she still has text messages from October 2024 on her cellphone and has not deleted any text messages;

WHEREAS Sage Calfe was willing to be deposed at counsels' offices on the next date convenient to Plaintiffs and Defendants' counsel -- November 5, 2026 at 11:00 a.m. -- and would bring her cellphone but would not provide her password for text messages to be extracted;

NOW, THEREFORE, FOR THE REASONS STATED IN THE ACCOMPANYING LETTER AND ECF 118, IT IS:

ORDERED that Sage Calfe shall appear to be deposed at 11:00 a.m. on November 5, 2026, at the Law Offices of Alan S. Futerfas at 565 Fifth Avenue, 9th floor, New York, New York; and it is further

ORDERED that Sage Calfe shall bring her cellphone with the phone number identified in the subpoena; and it is further

ORDERED that Sage Calfe shall cooperate with Plaintiffs' counsel's e-discovery expert, Marc Hirschfeld, as necessary, without disclosing her password to him, to enable the extraction of all text messages from her cellphone for the period of October 17-18, 2024; and it is further

ORDERED that counsel for Plaintiffs will serve this order and accompanying letter on Sage Calfe by Federal Express, certified mail and text message.

SO ORDERED.

U.S.D.J.

10/27/26