USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/30/2026

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KIMBERLY L. ROC**
(212) 356-2555
kroc@law.nyc.gov

October 28, 2026

**BY ECF**
Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *A.M. et al. v. New York City Department of Education et al.*
25-cv-08579 (LAK)

Dear Judge Kaplan:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, the attorney assigned to represent Defendants in the above-referenced matter. I write to respectfully request leave to file under seal Exhibits B and C to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Sanctions (ECF No. 140) as these exhibits contain confidential information concerning both parties in this matter.

Sealing is warranted because the exhibits contain sensitive and confidential information including personal phone records and ACS records that are subject to a protective order and instruction for "attorney's eyes only." Accordingly, Defendant requests permission to file the exhibits under seal, consistent with the Court's Individual Rules and applicable law.

Thank you for Your Honor's consideration.

Sincerely,

*Kimberly L. Roc*
Kimberly L. Roc
Assistant Corporation Counsel

Granted
Lewis A. Kaplan
10/30/26

cc. **By ECF**
Plaintiffs' Counsel