Case 1:25-cv-08579-LAK-HJR Document 154 Filed 11/02/26 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11-4-26

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KIMBERLY L. ROC**
(212) 356-2555
kroc@law.nyc.gov

November 2, 2026

**BY ECF**
Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *A.M. et al. v. New York City Department of Education et al.*
25-cv-08579 (LAK)

Dear Judge Kaplan:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, the attorney assigned to represent Defendants in the above-referenced matter. I write to respectfully request leave to file under seal Exhibit A to Defendants' Opposition to Plaintiffs' Motion for a finding that the City waived its claims of privilege for redactions to Defendant Johanny Lopez Lawson's ("Lawson") 2022 transfer documents, and in alternative, that the Court order Defendants to provide a detailed privilege log. ECF No. 133.

Sealing is warranted because Exhibit A contains sensitive, confidential, and statutorily protected information concerning a non-party. Accordingly, Defendants requests permission to file the exhibit under seal, consistent with the Court's Individual Rules and applicable law.

Thank you for Your Honor's consideration.

Sincerely,

*Kimberly L. Roc*
Kimberly L. Roc
Assistant Corporation Counsel

cc. **By ECF**
Plaintiffs' Counsel

Granted

**SO ORDERED**

11/4/26

**LEWIS A. KAPLAN, USDJ**