USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11-4-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

A.M., *et al.*,

Plaintiffs,

-against-

25-cv-8579 (LAK-HJR)

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

Defendants.

---------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

Plaintiffs' motion for discovery (Dkt 133) is granted to the extent that Defendants, no later than November 10, 2026, shall produce, in connection with Plaintiffs' second document request, a privilege log that complies in all respects with Local Civil Rule 26.2(a)(2). The motion otherwise is denied.

SO ORDERED.

Dated: November 4, 2026

Lewis A. Kaplan
United States District Judge